# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THERESA A. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-20-877-D |
| | ) |
| PETRA INDUSTRIES LLC, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

Following removal of this case from state court, Defendant filed a Partial Motion to Dismiss Plaintiff's Disparate Impact Claim [Doc. No. 7]. During the pendency of the motion, Plaintiff filed a Second Amended Complaint [Doc. No. 10] and a Response Requesting the Court Deny Defendant's Partial Motion to Dismiss as Moot [Doc. No. 11]. This Second Amended Complaint supersedes Plaintiff's original pleading and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, Defendant's motion directed at the First Amended Petition is moot.

**IT IS THEREFORE ORDERED** that Defendant's Partial Motion to Dismiss Plaintiff's Disparate Impact Claim [Doc. No. 7] is **DENIED** as moot, without prejudice to refiling a motion directed at the Second Amended Complaint. Plaintiff's response [Doc. No. 11] is hereby **STRICKEN**.

**IT IS SO ORDERED** this 1ˢᵗ day of October 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge